**FILED**

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0090

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0090

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                    O R D E R

ALOYSIUS DENNIS BLACK CROW,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Aloysius Dennis Black Crow, to all counsel of record, and to the Honorable Molly Owen, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2023